# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 07-3072-01-CR-S-FJG |
| John D. Sheridan, | ) |
|     Defendant. | ) |

## ORDER

Pending before the Court is defendant's motion to suppress evidence (Doc. #16), filed August 21, 2007, and the government's response (Doc. #19), filed September 7, 2007.

On September 25, 2007, Chief United States Magistrate James C. England held an evidentiary hearing on the pending motion to suppress. Thereafter, on October 17, 2007, Chief Magistrate England entered a report and recommendation (Doc. #25) which recommended denying the above-mentioned motion. Objections to the report and recommendation were filed by defendant on November 8, 2007 (Doc. #28).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress evidence (Doc. #16), filed August 21, 2007, must be denied.

Accordingly, it is

ORDERED that the Chief Magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress evidence (Doc. #16), filed August 21, 2007, is denied.

                                                  /s/Fernando J. Gaitan, Jr.
                                                  Judge Fernando J. Gaitan, Jr.
                                                  Chief United States District Judge

Dated:   11/15/07
Kansas City, Missouri